Page 1

```
 1              UNITED STATES DISTRICT COURT
                    DISTRICT OF VERMONT
 2

 3  ROBERT A. FORTUNATI, ADMINISTRATOR   *
    OF THE ESTATE OF JOSEPH FORTUNATI;   *
 4  ROBERT A. FORTUNATI and SUSAN        *
    FORTUNATI; and MARK FORTUNATI        *
 5                                        *     Civil No.
                    vs.                   *     1:07-cv-143
 6                                        *
    ANDREW CAMPAGNE, MARC THOMAS, JEREMY *
 7  HILL, TODD PROTZMAN, ROB SNETSINGER, *
    KARL GARDNER, HUGH O'DONNELL,        *
 8  MIKE DUDLEY & WALTER GOODELL         *

 9                  D E P O S I T I O N

10                          of

11                  ANDREW CAMPAGNE

12        Taken on behalf of the Plaintiffs on
              Monday, May 11, 2009, at the
13           Office of the Attorney General,
                  Montpelier, Vermont.

14
    APPEARANCES:
15
    GEORGE E. SPANEAS, ESQ., of the firm Clauson, Atwood &
16  Spaneas, 10 Buck Road, Hanover, New Hampshire, 03755,
    appeared and represented the Plaintiffs.
17
    KATE DUFFY, ESQ., of the Office of the Attorney
18  General, 109 State Street, Montpelier, Vermont,
    05609-1001, appeared and represented the Defendants.
19

20  ALSO PRESENT:  Susan Fortunati

21

22  COURT REPORTER:  Lisa M. Hallstrom, RPR, CRR, CCP

23              GREEN MOUNTAIN REPORTERS
                    P.O. Box 1311
24               Montpelier, VT 05601
                    (802)229-9873
25
```

Page 4

```
 1           (Commencing at approximately 9:26 a.m.)
 2    ANDREW CAMPAGNE:   Being first duly sworn by a
                         Notary Public to tell the truth,
 3                       deposes and says as follows:
 4                 E X A M I N A T I O N
 5    BY MR. SPANEAS:
 6    Q    Okay.  Sir, just please state and spell your name
 7    so we have it.
 8    A    Andrew Campagne, C-A-M-P-A-G-N-E.
 9    Q    Campagne is how it's pronounced?
10    A    Companion.
11    Q    Companion?
12    A    Yes, sir, but I go by Campagne.
13    Q    You go by Campagne?
14    A    Uh-huh.
15    Q    Okay.  How many times on June 24, '06, did you
16    fire your weapon at Joseph Fortunati?
17    A    One time, sir.
18    Q    Okay.  And how do you know it was one time?
19    A    Because I know it was one time, sir.  I only
20    pulled the trigger one time.
21    Q    All right.  What kind of weapon did you have?
22    A    It was an M4.
23    Q    Now does the M4 have some switch that allows you
24    to pull the trigger once and only one bullet will come
25    out, set the switch to another setting and three
```

Andrew Campange
5/11/2009

Page 20

```
 1    A     Yeah, I believe so, sir.

 2    Q     Okay.  So how did you find out that you were

 3    going to be giving a second interview?

 4    A     I was told to report to -- to Royalton barracks

 5    to -- to give this interview.

 6    Q     Okay.  Who told you to report there?

 7    A     I don't know.

 8    Q     Okay.  Do you recall what they said, whoever it

 9    was that told you to report there?  Did they say just

10    show up for a second interview or did they say there

11    are things that --

12    A     I don't know, sir.

13    Q     Don't remember.

14          All right.  Now in this Exhibit 2, this would --

15    this is -- reflects a second interview you had with

16    Mr. LaPorte.  I think we've established that, right?

17    A     Yes, sir.

18    Q     Okay.  And now in -- on page 108 if I draw your

19    attention there, sort of at the top, you see the

20    sentence there, after he was struck by the bean bag

21    the deceased reached in his waistband and pulled out a

22    gun, period.  He began raising it from his waist,

23    period.

24          Do you see that?

25    A     Yes.
```

Page 28

```
 1              MS. DUFFY:  Objection.
 2   A    I don't know.
 3   Q    All right.  Was there like 10 or 15 feet between
 4   you and Snetsinger and Mr. Thomas?
 5   A    I don't know, sir.
 6   Q    Was there two feet?
 7   A    Sir, I don't know.
 8   Q    Okay.  But you do recall that -- did Joe point at
 9   Snetsinger and then move and point at you and then
10   move and point at Thomas or was it just sort of like a
11   sweeping of his arm?
12   A    I can't recall that, sir.
13   Q    Now did you ever make a statement to Mr. LaPorte
14   or in your first or second interview that you saw Joe
15   point a gun at Mr. Snetsinger?
16   A    No, sir.
17   Q    When you -- in the beginning of the mission
18   before any shots were fired did you -- did there come
19   a time when you heard Mr. Snetsinger make contact with
20   Joe?
21   A    Could you start that again?
22   Q    Sure.  When you began the mission, when you guys
23   are heading up the trail --
24   A    Okay.
25   Q    -- and sort of you disperse in the woods?
```

Andrew Campagne
5/11/2009

Page 29

```
 1    A    Right.
 2    Q    You guys separate a little bit into two groups,
 3    right?  We know that?
 4    A    Yeah.
 5    Q    My understanding is the first person who made
 6    verbal contact with Joe was Mr. Snetsinger.
 7    A    Yes, sir.
 8    Q    Does that jive with your recollection?
 9    A    Yes, sir.
10    Q    All right.  That's what I'm going to ask you
11    about --
12    A    Okay.
13    Q    -- that piece for right now.  Did you hear
14    Mr. Snetsinger make contact -- verbal contact with
15    Joe?
16    A    Yes.
17    Q    Okay.  When you heard Mr. Snetsinger make contact
18    with Joe, and we'll call this the first contact, were
19    you able to -- were you able to see Joe when
20    Mr. Snetsinger made contact?
21    A    I don't believe I did initially.
22    Q    Okay.  How do you know that -- how were you able
23    to determine that Mr. Snetsinger had made verbal
24    contact with Joe?
25    A    I could hear him through the woods.
```

Andrew Campagne
5/11/2009

Page 31

1   A    Okay.

2   Q    And just for the record, you're refreshing your

3   memory by reviewing your report?

4   A    Yes.  I want to get exactly what he said.

5   Q    Okay.

6   A    Trooper Snetsinger had asked him to come to him.

7   Q    Okay.  So you heard Trooper Snetsinger say

8   words --

9   A    Come -- come to me.

10  Q    Come to me?

11  A    Yes.

12  Q    Okay.  And you heard Joe respond to that?

13  A    Joe said, come to me.

14  Q    Okay.  Did Joe identify himself?

15  A    Yes.

16  Q    Did he say my name is Joe or just answer yes to

17  Snetsinger's question are you Joe?  If you remember.

18  A    At the time I heard him say Joe.

19  Q    Okay.  Do you know if Joe at any time during this

20  conversation with Mr. Snetsinger waved to

21  Mr. Snetsinger?

22  A    I don't know.

23  Q    Okay.  When you first heard this contact between

24  Mr. Snetsinger and Joe, what were you doing?  Were you

25  standing still wherever you were located or were you

Page 32

1    and your team continuing to move?

2    A    We were moving.

3    Q    Okay.  And where was it that you were headed?

4    Was there some goal or landmark, plan of where you

5    guys were going?

6    A    We were moving to the side of the campsite.

7    Q    Okay.  You had an idea of where the campsite was

8    before the mission?

9    A    Yes.

10   Q    And you were trying to get up around towards the

11   side of the campsite?

12   A    Yes, sir.

13   Q    All right.  Do you recall what Mr. Snetsinger's

14   tone of voice was when he was talking to Joe?

15   A    Conversational.

16   Q    Conversational?

17   A    Yes, sir.

18   Q    Okay.  And do you recall what Joe's tone of voice

19   was when he identified himself as Joe and said you

20   come to me?

21   A    Confrontational.

22   Q    Confrontational?

23   A    Yes, sir.

24   Q    Okay.  And you think it was confrontational just

25   by the manner that he spoke those words, the -- the

Page 33

1    volume?  Why do you say confrontational?

2    A    The tone that he used made my impression to be

3    that he was challenging him.

4    Q    That's how you viewed it?

5    A    Yes, sir.

6    Q    All right.  So as you and your group -- and who

7    was in your group?  You, Mr. Thomas?

8    A    Trooper Hill, and I don't recall who the other

9    member was.

10   Q    Okay.  And how were you guys -- when you were

11   approaching Joe's tent, what formation were you guys

12   in?

13   A    I believe we were one behind -- in a file, one

14   behind the other.

15   Q    Okay.  And were you the last one in that line?

16   A    I was, sir.

17   Q    All right.  And when your group began proceeding

18   up to get on to the side of Joe's campsite there came

19   a time when you heard Mr. Thomas make contact with

20   Joe, is that true?

21   A    Yes, sir.

22   Q    Were you able to see Joe and Mr. Thomas when

23   Mr. Thomas made contact with Joe?

24   A    Yes.

25   Q    Okay.  How close were Joe and Mr. Thomas when

Page 34

1 they made contact with each other?

2 A I can't estimate that distance at this time, sir.

3 Q Okay.  How close were you?  Were you like side by

4 side to Mr. Thomas or were you still in a single file?

5 A I believe I was behind Sergeant Thomas.

6 Q Okay.  But, at any rate, you were able to see

7 Joe?

8 A Yes, sir.

9 Q All right.  What was Joe doing when Mr. Thomas

10 first made contact with Joe?

11 A I believe he was -- he had backed away from

12 Trooper Snetsinger.  As their element approached him,

13 he kept moving back behind the camp -- the campsite,

14 so he was behind, which I believe is -- was his

15 vehicle, that's where Sergeant Thomas had made contact

16 with him.

17 Q Okay.  And when you saw -- when you saw Joe -- so

18 my question was -- I think my question was what was

19 Joe doing when you first saw Thomas make contact with

20 Joe?  Was he backing -- backing up towards your group,

21 or had he stopped, was he pacing?

22 A He was pacing back and forth, sir.

23 Q Okay.  Did you hear what Mr. Thomas was saying to

24 Joe at that time when Thomas made contact with Joe?

25 A Yes.

Page 35

```
 1    Q    Okay.  And, again, you're referring to your
 2    report.  Do you not have an independent recollection?
 3    A    I can't recall that at this time, sir.
 4    Q    All right.  So tell us in referring to your
 5    report, what did you hear Mr. Thomas say?
 6    A    Sergeant Thomas had asked him to show his hands
 7    and then he -- he wouldn't comply with that.  And then
 8    Sergeant Thomas advised him to come to us, and he
 9    wouldn't comply with that either.
10    Q    And was Joe pacing at that time?
11    A    According to the report, yes, sir.
12    Q    Okay.  Do you know where he was -- where he was
13    pacing, like to and from?  When I think of pacing I
14    think of walking a few steps in one direction, then
15    walking back in the opposite direction.  Is that what
16    you recall or was it in a circle?
17    A    I don't know, sir.
18    Q    You don't know.  All right.  Did Joe stop and
19    stand still at any point?
20    A    I don't know, sir.
21    Q    Do you know where Mr. Hill was at the time that
22    Mr. Thomas made verbal contact with Joe?
23    A    No, sir.
24    Q    Okay.  When you saw Joe at the time that
25    Mr. Thomas first made contact with Joe did you see Joe
```

Page 36

1    with a gun in his hand?

2    A    No, sir.

3    Q    Or any other weapon in his hand?

4    A    I don't believe so, sir.

5    Q    Okay.  Did Joe -- when Mr. -- when Mr. Thomas

6    first made contact with Joe did Joe make any

7    physically threatening moves towards Mr. Thomas or

8    other TSU members?

9    A    Not that I can recall, sir.

10   Q    Okay.  Do you recall at least -- strike that.

11        Your report indicates that after Mr. Thomas had

12   made some contact with Joe, Joe then began to run into

13   the woods?

14   A    Yes, sir.

15   Q    Okay.  And then I think your report says then

16   Mr. Hill or someone discharged a bean bag?

17   A    I didn't say that Sergeant Hill had -- or Trooper

18   Hill had discharged it, I just said I heard a shotgun

19   discharge.

20   Q    Okay.  You heard a shotgun discharge?

21   A    Yes, sir.

22   Q    All right.  At least as your report indicates,

23   the first time you mention hearing a shotgun discharge

24   was after you said Joe began running into the woods,

25   is that fair?  Does your report indicate that?

```
 1    you're saying.

 2    Q     Okay.  Do you know why the first bean bag that

 3    you report was discharged at Joe?

 4    A     I wasn't the one with the shotgun, sir.

 5    Q     Okay.

 6    A     How could I make that determination?

 7    Q     I'm just asking if you know, like if you heard --

 8    if someone said, yeah, I shot the bean bag because of

 9    this?

10    A     No one's ever said that to me.

11    Q     You don't know why?

12    A     No.

13    Q     Okay.  So Joe then, as I understand it, went into

14    the woods on the opposite side of the trail of the

15    field?

16    A     Yes, sir.

17    Q     All right.  And what -- what did you do next when

18    that happened?

19    A     We were -- we moved into the woods behind him.

20    We were chasing him, and that's -- you know, we went

21    into the woods and it became -- what's the word I'm

22    looking for?  We -- I was concerned we were going to

23    be lost because the woods was fairly thick there and

24    we were becoming separated.

25    Q     Okay.  Why did you -- why did you chase Joe into
```

Andrew Campagne
5/11/2009

Page 40

1    the woods when he went in the woods?

2    A    To keep contact with him.

3    Q    Did anybody, like Mr. Thomas or -- Mr. Thomas, I

4    understand, is the team leader, is that right?

5    A    Yes, sir.

6    Q    Did Mr. Thomas instruct or order the guys to

7    follow through the woods?

8    A    Sergeant Thomas didn't tell us to follow him

9    through the woods.

10   Q    He did not?

11   A    No.

12   Q    You just did it?

13   A    Yes.

14   Q    Okay.  What did you see while you were in the

15   woods chasing Joe?  Tell me what you saw.  Could you

16   see other TSU members?

17   A    Yes.  I saw -- there was one other person in

18   front of me that I was trying to keep contact with.

19   Q    Do you know who that other person was?

20   A    No, sir.

21   Q    Okay.  Did there come a point in time where any

22   of the TSU members met up with each other in the woods

23   and --

24   A    No, sir.  We were -- no.

25   Q    No?

Page 41

1      Okay.  Mr. Snetsinger and Mr. Thomas didn't meet

2  each other up in the woods?

3  A    I don't know, sir.

4  Q    Were you able to see Joe at any time when you

5  were in the woods?

6  A    No, sir.

7  Q    Did you hear any TSU members communicating while

8  you were in the woods during this chase?

9  A    I can't recall, sir.

10  Q    Okay.  If you review your report, I just want to

11  make sure that I'm not missing anything so -- I

12  understand that you're referring to your report for a

13  lot of your recollection, and I just want to make sure

14  when I ask the question, if you don't recall, you

15  don't recall.

16  A    While we were in the wood line we did not have

17  any conversations is all I can recall, sir --

18  Q    Okay.

19  A    -- or according to the report.

20  Q    Okay.  How long were you in the woods for during

21  that chase?

22  A    I don't know, sir.

23  Q    After the wood chase was the next place you saw

24  Joe near his car and tent?

25  A    Yes, sir.

Page 43

```
 1    A    I don't know, sir.
 2    Q    Does it help if you refer to your report?
 3    A    It doesn't say that I can see any other troopers.
 4    Q    Okay.  And what happened when you saw Joe at the
 5    driver's -- well, strike that.
 6         When you saw Joe at the driver's side, was he
 7    standing up?  Was he crouched down?  What position was
 8    he in?
 9    A    He was bent over, sir.
10    Q    In what direction?
11    A    Into the vehicle.
12    Q    Okay.  You saw the upper part of his body in the
13    vehicle?
14    A    It doesn't say whether it was his upper body.
15    I -- yes, sir, I would say it was his upper body.
16    Q    Okay.  And did you see what he was doing in the
17    vehicle?
18    A    He had an item in his hand.
19    Q    Okay.  Were you able to identify the item that
20    was in his hand?
21    A    No, sir.
22    Q    Did you say anything to Joe while you observed
23    him in the driver's side area of the car while you
24    were on the passenger's side?
25    A    I don't recall, sir, and I did not annotate that
```

Andrew Campagne
5/11/2009

Page 45

```
 1    A     I can't recall, sir.
 2    Q     Okay.  What did -- what did you observe Joe do
 3    next?
 4    A     He then ran from the vehicle.
 5    Q     Okay.  And where did Joe go?
 6    A     He ran away from me, which would have been -- if
 7    you're looking at the vehicle, it would have been --
 8    he -- he was standing on the driver's side, he would
 9    have done a 180 turn and ran away from me towards
10    where he ended up at the tree.
11    Q     Okay.  Now did you see Mr. Thomas at that point
12    when Joe began heading towards the tree at the edge of
13    the field?
14    A     Yes, I could see Sergeant Thomas in the field.
15    Q     Okay.  And what was Mr. Thomas doing, do you
16    recall?
17    A     He was having a conversation with Mr. Fortunati.
18    Q     Okay.  And you could see Mr. Thomas at that time?
19    A     Yes.
20    Q     Could you see Joe at that time?
21    A     I believe so.
22    Q     You didn't see Joe at that time with any gun in
23    his hand or pointing any gun at Mr. Thomas, did you?
24    A     No.
25    Q     Now on page 101 of the report that you made,
```

Page 47

1    Q    Okay.  Do you know if he was pointing his weapon

2    at Joe at that time?

3                MS. DUFFY:  Objection.

4    A    I can't recall.

5    Q    Can't recall.  Do you have any idea what

6    Mr. Thomas meant by we did not have to do this?  Do

7    you know what this is?  What's this?  We do not have

8    do this?

9    A    This would be the situation, I would imagine.

10   Q    Was Mr. Thomas moving towards Joe's direction

11   while he said that?

12   A    I don't know.  I can't remember.

13   Q    Okay.  Could you see any other TSU members at

14   that point?

15   A    Trooper Snetsinger was off to my right.

16   Q    Did you communicate at any time -- after the wood

17   chase and you got back to the car, at that point in

18   time did you communicate with any other TSU members?

19   A    I heard someone yell he had a gun or gun or

20   something like that, and I also responded -- I

21   communicated that to everybody so everybody knew.

22   Q    Okay.  Other than that, did any of the TSU

23   members talk about what to do or what not to do or how

24   to approach at that point in time, when you came out

25   of the woods from the chase and were back at the car

1    area?

2    A    No.

3    Q    Now after Joe came out of the car and you were on

4    the passenger's side -- you saw Joe come out of the

5    car, and then he goes in the field towards the -- the

6    tree at the edge of the field did you ever hear

7    Mr. Thomas or any other TSU member tell Joe to drop

8    his gun?

9    A    No.

10   Q    Okay.  Just take a look at Exhibit 2, your second

11   interview that you gave with Mr. LaPorte on June 30th

12   on page 107.  It's the first full paragraph, and it

13   looks like it's about the third line up from the first

14   full paragraph.  Yeah, she's pointing in the right

15   direction.

16                MS. DUFFY:  Did you read the incident?

17                MR. SPANEAS:  Yeah.  The next sentence

18           down.  Or let's start next sentence up.

19   BY MR. SPANEAS:

20   Q    During the incident the deceased walked into a

21   field next to the campsite, comma, Sergeant Thomas

22   told the deceased to drop the gun and heard Sergeant

23   Thomas say we don't need to do this.

24        Did I read that sentence correctly?

25   A    Yes, sir.

Page 49

1    Q    All right.  Does that jog your recollection as to

2    whether or not you heard Thomas or anyone tell Joe,

3    drop the gun?

4    A    No, sir.  I can't recall at this time.  I have --

5    when I made this first statement I must have recalled

6    it at that time, but I do not recall it at this time.

7    Q    Okay.  Do you have any reason to believe that you

8    didn't -- did not tell Mr. LaPorte what we just read?

9    A    I don't get your question, sir.

10   Q    Do you have any reason to believe that

11   Mr. LaPorte recorded that you said that when in fact

12   you didn't say that?

13   A    I don't have any reason to believe Lieutenant

14   LaPorte would do that.

15   Q    Okay.  Now there did come a time when you were

16   able to see Joe by a tree, is that right?  I think we

17   talked about that, that you saw he was by a tree?

18   A    Yes, sir.

19   Q    All right.  Do you have any recollection of where

20   you were located with respect to where the tree was

21   that Joe was at?

22   A    It would have been between the road that his

23   vehicle was on and the tree.

24   Q    Okay.  You were able to see Joe's hands, is that

25   true?

Page 63

```
 1    the wood line would start as well?

 2    A    Yes, sir.

 3    Q    Okay.  Now it looks like you -- what's this here?

 4    A    That would be where Sergeant Thomas was.

 5    Q    Okay.  The M is for?

 6    A    Marc.

 7    Q    Marc Thomas?

 8    A    Yes.

 9    Q    Okay.  And were you able to see at all where

10    Mr. O'Donnell was during all of this?

11    A    I can't recall where Trooper O'Donnell was, sir.

12    Q    What about Trooper Paquette?

13    A    I don't know, sir.

14    Q    What about Mark Magnant?

15    A    I don't know, sir.

16    Q    Are you sure that the M doesn't mean Mark Magnant

17    as opposed to Marc Thomas?

18    A    I don't know.

19    Q    You don't know.

20    A    I would assume it was Marc Thomas.

21    Q    What about Jeremy Hill, do you know where Jeremy

22    Hill was during all of this?

23    A    No, sir.

24    Q    Okay.  You recall that Joe, while he was by the

25    tree after Snetsinger fired his shot, that he --
```

Page 64

```
 1    according to your statement, he pulled out a gun from

 2    his waistband, is that right?

 3    A    You're saying that after Trooper Snetsinger hit

 4    him with the bean bag he pulled out a gun, sir, is

 5    that what you're saying?

 6    Q    Yeah.

 7    A    Yes.

 8    Q    Yeah.  Actually, I'm not saying it, I'm saying

 9    that's what you reported.

10    A    Yes, sir.

11    Q    Okay.  Do you recall when you saw that -- I

12    assume you saw it.  Did you see that?

13    A    Did I see what, sir?

14    Q    Did you see Mr. Snetsinger hit Joe with the bean

15    bag?

16    A    I didn't see him hit him with the bean bag.  I

17    heard him shoot.

18    Q    Okay.  Did you see Joe take a gun out of his

19    waistband after you heard Mr. Snetsinger shoot?

20    A    Yes, sir.

21    Q    Okay.  Do you know which hand he removed the gun

22    with?

23    A    I don't -- don't recall, sir.

24    Q    Okay.  Do you recall if he had two hands on the

25    gun or one hand on the gun?
```

Page 80

1   the article in that about that.

2   Q    Do you have -- did anybody from the state police

3   explain to you why Bob was arrested or -- or -- when

4   it occurred?

5   A    That he had just come to the scene, and I don't

6   know what happened beyond that.  I was more involved

7   with all of that.

8   Q    Prior to the mission you arrived at the Bradford

9   barracks before you set out on the mission, is that

10  right?

11  A    Yes, sir.

12  Q    Okay.  And I think in your report you said that

13  when you arrived at the barracks you met with

14  Mr. Thomas or had a conversation with Mr. Thomas?

15  A    Yes, sir.

16  Q    What was that conversation about?

17  A    Basically it was what equipment I was going to

18  need for the mission that day.

19  Q    Okay.  Did Mr. Thomas tell you anything about the

20  nature of the incident or was it a brief -- let me

21  start again.

22       When you first arrived at the Bradford barracks

23  did you talk to Mr. Thomas prior to the time that

24  there was a briefing?

25  A    Yes.