Page 1

1               UNITED STATES DISTRICT COURT
                      DISTRICT OF VERMONT
2

3    ROBERT A. FORTUNATI, ADMINISTRATOR    *
     OF THE ESTATE OF JOSEPH FORTUNATI;    *
4    ROBERT A. FORTUNATI and SUSAN         *
     FORTUNATI; and MARK FORTUNATI         *
5                                          *    Civil No.
                      vs.                  *    1:07-cv-143
6                                          *
     ANDREW CAMPAGNE, MARC THOMAS, JEREMY  *
7    HILL, TODD PROTZMAN, ROB SNETSINGER,  *
     KARL GARDNER, HUGH O'DONNELL,         *
8    MIKE DUDLEY & WALTER GOODELL          *

9                    D E P O S I T I O N

10                          of

11                   ROBERT FORTUNATI

12          Taken on behalf of the Defendants on
               Friday, May 8, 2009, at the
13        law offices of Clauson, Atwood & Spaneas,
                  Hanover, New Hampshire.

14

     APPEARANCES:
15

     GEORGE E. SPANEAS, ESQ., of the firm Clauson, Atwood &
16   Spaneas, 10 Buck Road, Hanover, New Hampshire, 03755,
     appeared and represented the Plaintiffs.
17

     DAVID GROFF, ESQ., of the Office of the Attorney
18   General, 109 State Street, Montpelier, Vermont,
     05609-1001, appeared and represented the Defendants.

19

20

21

22   COURT REPORTER:  Lisa M. Hallstrom, RPR, CRR, CCP

23

                  GREEN MOUNTAIN REPORTERS
24                    P.O. Box 1311
                  Montpelier, VT 05601
25                   (802)229-9873

Robert Fortunati
5/8/2009

Page 104

1    Q    When you just said this area is a whole different

2    section of town --

3    A    Right.

4    Q    -- you were pointing at the Pike Hill Road area

5    on the right side of the map?

6    A    Right.  Pike Hill, Richardson Hill.

7    Q    Okay.  It's within a mile and a half of where

8    Joseph was camped.

9    A    Yeah, but a mile and a half.  So what?

10   Q    Well, my question is are all those homes within a

11   mile and a half of where Joseph was camped?

12   A    I would say.

13   Q    Okay.  Is it fair to say that within this mile

14   and a half area square shown on this map there's let's

15   say over 20 homes?

16   A    Yeah.

17   Q    Thirty actually?

18   A    What's that?

19   Q    Somewhere around 30?

20   A    No.

21   Q    No?

22   A    No.

23   Q    Well, okay.  Over 20.  That's fine.  Over 20?  Is

24   over 20 correct?

25   A    Yeah.

Page 151

```
 1   A    I don't know.
 2   Q    Okay.  Was he at your home at the time that you
 3   left?
 4   A    I don't believe so, but I'm not sure.
 5   Q    Was it your opinion that Robert was someone that
 6   Joseph got along with better than others?
 7   A    No.
 8   Q    Okay.  You had -- correct me if I'm wrong, but
 9   you had told Trooper Amado that you would take Joe's
10   brothers with him because he got along with them,
11   right?
12   A    Correct.
13   Q    Okay.  So would you say Joe got along with
14   Robert?
15   A    He did.
16   Q    You're just saying not better or worse than Mark?
17   A    Not better or worse than Mark or Tony or anybody
18   else.  All -- all pretty much the same.
19   Q    Okay.  So why don't you just tell -- tell me what
20   happened when you went up to the campsite.
21   A    Well, we walked up to the campsite.
22   Q    Did you drive to the base of the road?
23   A    Drove to the base of the road.
24   Q    Okay.
25   A    And went across the barrier.
```

Page 152

1   Q     I think you said earlier it was pretty close to

2   where the road broke off?

3   A     Right.  Right there.  Right where the road broke

4   off.  Right there.

5   Q     And what was the barrier?  You know, what was --

6   A     Well, he had a no trespassing -- no trespassing

7   sign there, he had some lumber -- some round sticks --

8   poles there.  If anybody was in that area and saw

9   that, they would say, huh, this road has been closed

10  for years.  Nobody's been up here for years because

11  that's how it looked.  So we walked up and says, yeah,

12  there's Joe's campsite all right.

13  Q     What was there?  What was there at the campsite?

14  A     His car, his tent, his kayak, bike.  I think he

15  had a clothesline up.  And regular -- regular

16  campsite.

17  Q     Was -- the car was in the road?

18  A     In the -- in the road.

19  Q     Was the tent in the road?

20  A     The tent was behind the car in the road.

21  Q     Okay.  And the kayak was across the road?

22  A     No, it wasn't across the road.

23  Q     No?  Where was the kayak?

24  A     On the road.

25  Q     Okay.  So was Joseph there when you -- when you

Page 153

1      approached?

2      A      Pardon me?

3      Q      Was Joseph there when you walked up?

4      A      Yeah.

5      Q      What happened?

6      A      Said, hi, Joe.  Says, hi.  And I believe Susan

7      said, hi.  He said, hi.  And Robert said, hi, and he

8      said, hi.

9      Q      What happened next?

10     A      Well, I kind of sat down and said, Joe, you've

11     got to move your campsite because the EPA was up here

12     and they're going up to the -- they're going to do

13     some work up at the Smith mines, they need to get by.

14     I says, but Susan can explain it to you better.  I

15     don't know that much about it.  So then Susan started

16     to explain a little bit about it, and he says, well,

17     this is my home.  This is where I live now.  This is

18     where I'm staying.

19     Q      Okay.

20     A      And I says, Joe, I says, why don't you -- I says,

21     you know, there's 200 acres here.  I says, 100 acres

22     at home, camp anywhere you want to, just don't camp

23     on -- on this road.  I said, just -- just move over to

24     the side if you have to.

25     Q      Okay.

Robert Fortunati
5/8/2009

Page 154

```
1    A    And he said he's staying here, this is his home,
2    this is where he lives, this is where he's staying.
3    Q    Okay.
4    A    So then -- do you want me to continue or do you
5    want me to stop?
6    Q    No, please continue.
7    A    So then Robert says to Joe, he says, Joe, I've
8    got a property issue, he says, and your Bronco and
9    your camper is on the property line and you've got to
10   move the Bronco.
11   Q    So now Robert's talking about at his property up
12   in Newport?
13   A    His property up in Coventry, right.
14   Q    Coventry?
15   A    Newport, Coventry, call it either one, I know
16   what you mean.
17   Q    Okay.
18   A    And Joe says, okay.  Took the keys out of his
19   pocket and went to take the Bronco keys off to give
20   them to Robert and said, you move the Bronco.  Robert
21   says, okay, but why don't you take the Bronco and your
22   stuff down here.  So then Joe says -- he says, I can
23   ride you up, get your Bronco, you can take it down
24   here.  Joe says, no.  He says, you move the Bronco.
25   You take the Bronco down here.  So -- and Robert says,
```

Robert Fortunati
5/8/2009

Page 155

1   no, I ain't taking the Bronco down here, then I have

2   to find a ride home.  He says, I'll take you up and

3   you take the Bronco down.  So then as brothers would

4   at times, they both got a little belligerent at one

5   another and Robert got a little upset and went towards

6   Joe and said, you move the Bronco.  Joe says, I ain't

7   moving the Bronco.  So then Robert went towards Joe

8   some more, and the voices picked up and Joe pulled his

9   gun out.  And then I tackled Robert and drove him

10  back, knocked him on the ground and told him to -- to

11  cool it, take it easy.  And then Joe said -- he says,

12  I want yas out of here, I want yas out of here now.

13  So --

14  Q    Was he still pointing the gun?

15  A    Well, as I said to you, I tackled Robert, brought

16  him to the ground so visualize it.  I couldn't see

17  Joe.  My -- my -- my focus was not on Joe.

18  Q    Okay.  What did you do then?

19  A    Then we got up and started walking down the path.

20  Joe says, if yas come back, I'll shoot yas all.  I'll

21  kill yas all.  I knew Joe didn't mean it.  So we went

22  down the trail.  In the scuffle I lost my hat, and I

23  yelled back up the trail.  I says, Joe, I says, I lost

24  my hat.  I need to get my hat.  He says, well, then

25  come get your hat.  So I walked up and Susan walked up

Page 156

```
 1   with me, got the hat.  I mean, if I was afraid that
 2   Joe was going to do something to me, I certainly
 3   wouldn't have walked up and got the hat.  I just knew
 4   he was a little angry at the time.  So then we left
 5   and came home.
 6   Q    After you got the hat did he say anything else to
 7   you?
 8   A    Pardon me?
 9   Q    After you got the hat did he say anything else to
10   you?
11   A    Well, he didn't say anything to me.
12   Q    Did he say anything?
13   A    Yeah, he did say something.
14   Q    What did he say?
15   A    I think he said something to Robert like, Robert,
16   I got you right between the eyes.
17   Q    Meaning he was aiming his gun right between his
18   eyes?
19   A    That's what he said.  You asked me what he said;
20   I told you what he said.
21   Q    Is that what you understood his -- that to mean?
22   What did you understand him to mean when he said I got
23   you right between the eyes?
24   A    Well, it means he -- he could have said it and
25   not had the gun up in his -- pointing it at him.
```

Robert Fortunati
5/8/2009

Page 157

1    Q    Well, was he pointing the gun at him?

2    A    He had the gun in his hand.  I don't know if he

3    was pointing it at him or not.  It was aimed in our

4    direction, but I wouldn't believe he was pointing it

5    at him.

6    Q    Okay.

7    A    I mean, when you're a distance off --

8    Q    Let's take it one piece at a time.  You -- you

9    understood the meaning of what he said, I got you

10   right between the eyes, to mean I'm aiming right

11   between your eyes with my gun, correct?

12   A    Right.

13   Q    You don't know -- well, number two, he was

14   holding the gun in his hand and pointing it in your

15   general direction, correct?

16   A    Correct.

17   Q    You don't know whether or not he actually was

18   aiming directly between Robert Jr.'s eyes?

19   A    Correct.

20   Q    Okay.  Then you got in your truck and left?

21   A    Got in my truck and left.

22   Q    Then at some point you called the Bradford

23   barracks?

24   A    Correct.

25   Q    Did you drive home and immediately call the

Robert Fortunati
5/8/2009

Page 158

1    Bradford barracks or did you do something else in

2    between?

3    A    Drove home, called Bradford barracks.

4    Q    Okay.

5    A    Because we had orders to call the Bradford

6    barracks.

7    Q    You had orders to call the Bradford barracks?

8    A    Orders to call the Bradford barracks.

9    Q    Okay.  Who -- who do you believe had given you

10   orders?

11   A    As I said prior, Scott Amado said you call us

12   tomorrow.  You call us by 10.

13   Q    What did you think would happen if you didn't

14   call by 10?

15   A    Run that back by me again.

16   Q    What did you think would happen if you did not

17   call by 10?

18   A    I don't know.  They probably would have went up

19   there.

20   Q    Okay.  Do you know what time it was when -- when

21   you called?

22   A    No, I don't.  I believe it was after 10.

23   Q    If I told you it was 11:30, does that sound

24   right?

25   A    Could have been.

Page 159

1    Q    Had they been up there?

2    A    Pardon me?

3    Q    Had they been up there?

4    A    Had they been up there?

5    Q    Right.  Well, you said you thought if you didn't

6    call by 10 they would go up there.  My question was,

7    you called by 11:30.  Had they gone up there?

8    A    They hadn't been there yet.

9    Q    Okay.  Thank you.

10   A    You know, it was just kind of like Friday they

11   said they wouldn't be up there, but they went up

12   there.

13   Q    You remember you made a phone call, right?

14   A    Yeah.

15             MR. GROFF:  Can we go off for a second?

16             MR. SPANEAS:  Sure.

17             (Discussion off the record)

18   BY MR. GROFF:

19   Q    Mr. Fortunati, I am giving you what's been marked

20   as I, do you see that on there, which is a transcript

21   of a phone conversation.  I've also put in the tape

22   recorder an audiotape marked H, which I'm going to

23   play.  We are not going to have the court reporter

24   type down the tape as it's playing, but what I'm going

25   to ask you to do is if you can try to follow along on

Page 160

1    the transcript with the tape.  If at any point you

2    think something's wrong, like it's transcribed wrong,

3    that you disagree with something that's said but that

4    it's transcribed wrong, let me know, I'll stop it and

5    we can talk about it.  Fair enough?

6    A    Okay.

7              MR. SPANEAS:  Do you understand that?  You

8         understand that?

9              THE WITNESS:  He's saying the tape is

10        going to be exactly what this is, correct?

11             MR. SPANEAS:  Yeah.  He wants you to

12        follow word -- as -- as --

13             THE WITNESS:  He wants me to follow

14        this -- what he's going to play there is what

15        he's got there.

16             MR. SPANEAS:  Right.  He wants you to say

17        if you hear something there that's different

18        than what's written here, you want him to say

19        something or raise his -- do you want me to say

20        stop or --

21             MR. GROFF:  Yeah, I would like him to.  If

22        you don't think you can do it, let me know.

23             THE WITNESS:  We'll try it.  Let's give it

24        a shot.

25             MR. GROFF:  All right.  And if while we're

Page 161

1       doing this you're not able to hear it or you're

2       not able to follow along, let me know and we

3       won't do it.

4              THE WITNESS:  Yeah.

5              MR. GROFF:  Okay.

6              (Playing audio tape)

7   BY MR. GROFF:

8   Q    You didn't stop me.  Did the transcript seem

9   accurate?

10  A    What's that?

11  Q    You didn't stop me so did the transcript seem

12  accurate to you?

13  A    Seemed pretty accurate.

14  Q    Okay.  You didn't notice anything -- anything

15  that you thought was wrong?

16  A    No.  I said pretty accurate.

17  Q    Okay.  That was your voice, correct?

18  A    Correct.

19  Q    That was Scott Amado?

20  A    Right.

21  Q    Does that accurately reflect the phone

22  conversation you had with Scott Amado on that morning?

23  A    That was the conversation I had with Scott Amado.

24  Q    All right.  So I just wanted to go over the

25  transcript and ask you about a couple of things.  So

Robert Fortunati
5/8/2009

Page 162

1    you had a concern, didn't you, that if -- if the state

2    troopers went up there, that Joseph might pull a gun,

3    correct?

4    A    Correct.

5    Q    And you thought that Joseph might fire at some of

6    the officers, correct?

7    A    Can I explain?

8    Q    Please.

9    A    There are people that know how to handle

10   situations like this, trained people, people that care

11   and understand and have compassion and love and

12   understanding.  These state troopers do not possess

13   that type of compassion, understanding, or love.

14   Q    Let me stop you right there.  Did you have

15   compassion, understanding, and love?

16   A    Did I have?

17   Q    For Joseph.

18   A    Of course I did.

19   Q    And you went up there to try to talk him into

20   moving, right?

21   A    Correct.

22   Q    And he pulled a gun on you, right?

23   A    Correct.

24   Q    And he threatened to kill you?

25   A    Didn't -- per se.

Robert Fortunati
5/8/2009

Page 163

1   Q    Well, he said if you come back here, I will kill

2   you?

3   A    If you come back here, I will.

4   Q    Okay.  And he pointed a gun at your other son

5   Robert's head?

6   A    Right.

7   Q    And he said, Robert, I've got you right between

8   the eyes?

9   A    Correct.

10   Q    And you took that threat serious enough, the

11   threat of pointing the gun at Robert, that you tackled

12   Robert and drug him out of the way, correct?

13   A    Correct.

14   Q    You later told Detective Clark that you would

15   take the bullet in your back rather than let Robert

16   get shot?

17   A    Correct.

18   Q    Didn't you tell Scott Amado that -- well --

19   A    Hold it.  Can I -- can I speak?

20   Q    You can answer my questions.

21        You told Scott Amado that they weren't safe just

22   because they were wearing a bulletproof vest?

23   A    Correct.

24   Q    You told Scott Amado that Joseph had to be dealt

25   with or restrained?

Robert Fortunati
5/8/2009

Page 164

1    A    Correct.

2    Q    You mentioned that a hiker could be in danger?

3    A    Correct.

4    Q    And you agreed with Scott Amado that it was a

5    very dangerous situation?

6    A    I said it was a dangerous situation, correct, and

7    had to be handled gently with a good plan so nobody

8    gets hurt.

9    Q    Right.

10   A    Not Joe, not any of the troopers, nobody.

11   Q    Because you knew that it was very dangerous that

12   Joe would pull a gun on someone, right?

13   A    I knew it could be possible as you drive home

14   tonight could get in an automobile accident.

15   Q    Well, do you think the odds are the same, that --

16   A    I think the odds could be pretty darn close.

17   Q    So it's your testimony that your belief was that

18   it was just as likely that someone will get in an

19   accident on the highway as that Joe would pull a gun

20   if confronted about moving his campsite --

21   A    If --

22   Q    -- is that your testimony?

23   A    -- not handled in a correct manner.

24   Q    Well, let me -- let me ask you a question.  You

25   went up and visited Joe, correct?

1    A    Correct.

2    Q    And he pulled a gun on you?

3    A    I can't say where he pulled it on me.

4    Q    Okay.  He pulled a gun, aimed it in your general

5    direction, and threatened to kill you if you came

6    back.  Told you to leave and threatened to kill you if

7    you came back?

8    A    What did I do, I came back to get my hat.  So if

9    I was that afraid of Joe, why would I go back and get

10   my hat?  Think about it.

11   Q    Why did you go and get in your truck and leave?

12   A    Because I wanted my hat.

13   Q    No, why did you then get in your truck and leave?

14   A    Because I wasn't going to stand there and argue

15   with him.

16   Q    Didn't you tell Trooper Amado that you were

17   afraid that Joe might actually shoot you?

18   A    I don't see that anywhere here, do you?

19   Q    Sure.  Let's see.  Turn to the one, two -- the

20   fourth page.

21   A    First page?

22   Q    Fourth page.  The last page.

23             THE WITNESS:  Did he say fourth?

24             MR. SPANEAS:  Yeah.

25

Robert Fortunati
5/8/2009

Page 166

```
 1    BY MR. GROFF:

 2    Q    The last page.

 3    A    Go ahead.

 4    Q    The -- the first -- it says S.A. for Scott Amado?

 5    A    At the top?

 6    Q    Correct, at the top.  The first S.A. for Scott

 7    Amado.  It says, yes, you kind of felt a little bit --

 8    you're like, honestly you did feel like he could use

 9    it and he might use it against you guys?

10    A    Okay.

11    Q    R.F.:  Absolutely.

12    A    Okay.  Hold it.  Let's see.  Yes.  You kind of

13    felt a bit -- you're like, honestly you don't feel

14    like he could use it and he might use it against you

15    guys.  Well, he might.  The -- the -- the word is in

16    there, might.

17    Q    Okay.

18    A    He might use it.  He might absolutely use it,

19    just like you might absolutely get in an accident.  He

20    might absolutely -- I mean, might is a big word.

21    Don't try to say would or could or should, you know.

22    Q    Okay, fine.  You told Scott Amado that he might

23    use the gun against you?

24    A    He might.

25    Q    That's fine.  So Scott Amado asked you to write a
```

Page 167

1    statement out, correct?

2    A    He did.

3    Q    Did you write a statement out?

4    A    I didn't write it.

5    Q    Who wrote it?

6    A    I think my wife and Robert kind of put it

7    together.  I looked at it.  I signed it.

8    Q    Did you read it?

9    A    I read it.

10   Q    And you signed it?

11   A    Yeah.

12   Q    And later Detective Clark came up and notarized

13   it, right?

14   A    Yeah.

15   Q    Before we get to J, let me ask you a question.

16   You said that Joe might use the gun against you.  You

17   told Scott Amado that it could be a hiker up there.

18   You told him that, you know, shit happens.  Someone

19   could get hurt.  Given all that, you agree that state

20   police had to do something, correct?  Let me ask you

21   this:  If the state police know that someone might

22   shoot an innocent bystander --

23   A    I would not call --

24   Q    -- they have to do something, don't they?

25   A    -- the state police in a heartbeat, but they were

Page 168

1    involved.

2    Q    That's not my question, Mr. Fortunati.

3    A    They were involved.

4    Q    Mr. Fortunati, my question is this:  Do you agree

5    that if the state police know that somebody might

6    shoot a hiker, they have to do something?

7    A    Do not agree.

8    Q    Okay.  So let's move on.

9    A    When you -- you're talking --

10   Q    There's no question pending.

11   A    -- the state police.

12   Q    There's no question pending.  If your counsel

13   wants you to expand on that point, he can ask you.

14   I'm moving on to J so --

15              THE WITNESS:  What's he saying, George?

16              MR. SPANEAS:  We're going on to the

17        next -- this document here, this document here,

18        J.

19   BY MR GROFF:

20   Q    I've handed you what's been marked Exhibit J.  Is

21   that the statement that you signed regarding the

22   events of the morning of June 24th?

23   A    Is this the statement that I signed?

24   Q    That's the question.

25   A    I believe it is.  I'll have to look it over.

```
 1          Yeah.
 2     Q    Is that the statement that --
 3     A    That is.
 4     Q    Okay.  Now you said your wife and son drafted it,
 5     you reviewed it --
 6     A    Yeah.
 7     Q    -- and signed it, is that right?
 8     A    Yeah.
 9     Q    Okay.  You knew that when you were signing it you
10     were swearing it to be -- to the truth of what was in
11     there?
12     A    Yeah.
13     Q    At the time did you believe it was true?
14     A    At the time I did.
15     Q    Okay.  Do you believe it's true now?
16     A    Pretty -- it's pretty accurate.
17     Q    Okay.  I just wanted to ask you a couple
18     questions about it.  I lost it.  Oh, here it is.  This
19     is something you haven't mentioned so far, but in
20     the -- in the third paragraph here, this one, it
21     starts off with Robert Jr. said hi.  Do you see that?
22     A    Yeah.
23     Q    Next line says, Joe reached down and picked up
24     his bat and tapped it on top of his water cooler and
25     said, don't come any closer.  You don't have any
```

Page 170

1   business being here.  Do you remember that happening?

2   A    Yeah.

3   Q    You thought it was important enough to be

4   included in this statement?

5   A    Yeah.

6   Q    Let me ask you a question, actually.  Did you

7   make any changes to this statement?  You said that

8   your -- your wife and son drafted it and you reviewed

9   it.  At that time did you say, oh, no, take this line

10  out, add this, or -- or was this the version that they

11  gave you?

12  A    No, I just read it and it sounded pretty accurate

13  at the time.  At the time, you know, there was some

14  real concerns going on.  There were some people being

15  upset of the situation, upset that the police was

16  involved.  I mean, there -- there -- there was some

17  confusion --

18  Q    Okay.

19  A    -- in a -- in a sense.

20  Q    Who was -- who was upset?

21  A    Well, I think we were all a little upset.

22  Q    Okay.  We'll get back to that in a minute.  So

23  back to the tapping the baseball bat.  Did you at the

24  time think that that was a threatening thing for Joe

25  to do?

1    A    I didn't think it was threatening; I thought it

2    was unusual.

3    Q    Okay.  Ask you to look at the second page.  So

4    the first sentence says Rob -- well --

5    A    Robert Jr.'s mouth, go ahead.

6    Q    Yeah, that's continued from the previous page,

7    but after that it says once Robert Jr. was calm, we

8    all got up and started to head back toward the truck.

9    Joe still had the gun pointed at all of us and told us

10   all to leave and leave now.

11        Did I read that correctly?

12   A    Yeah.

13   Q    Do you remember that happening?

14   A    I don't exactly remember that happening.  I know

15   he had the gun in his hand.  Told us to leave and

16   leave now, and I figured that was the best thing to

17   do.

18   Q    Okay.  Now there's -- the next part addresses the

19   issue with your hat.  It says, as we started to leave

20   Robert Sr. hollered to Joe saying, hey, Joe, I want my

21   hat.  Joe came down the trail about 50 yards, found

22   the hat, threw it down the trail, said, there's your

23   hat, come get it and get the hell out.

24        Is that the way you remember it happening?

25   A    Yeah.

Robert Fortunati
5/8/2009

Page 172

1    Q    So you walked up to pick up the hat off the

2    ground, then turned around and walked back in the

3    direction of the truck, then it says, Joe kept the gun

4    pointed at us as we were leaving.  Joe also said to

5    Robert Jr., Robert, I've got you right between the

6    eyes.  Also as we were all leaving Joe said, don't

7    come back ever or he would kill all of us.

8    A    Yeah.

9    Q    Do you remember that?

10   A    Yeah.

11   Q    Okay.  So when --

12   A    You know sometimes people say words that they

13   don't mean either.

14   Q    When Detective Clark and Trooper Potter came up

15   and talked to you about this statement, do you

16   remember that?

17   A    Yeah.

18   Q    Did you talk with Detective Clark about the

19   statement?

20   A    About what?

21   Q    The statement that you had written?

22   A    I don't recall at that time.  I had a lot of

23   things going through my mind.

24   Q    Okay.  Did you hear her talking to Robert Jr.?

25   A    She talked to Robert, yeah.

Robert Fortunati
5/8/2009

Page 201

1    from the time you got out of your truck till the time

2    you were put in the cruiser to be taken to the

3    barracks?

4    A    Probably a half hour.

5    Q    Were you hurt?

6    A    Well, you know, I had kind of a shoulder that was

7    kind of a bum shoulder.  You know, after the years you

8    go -- you get a few little injuries here and there

9    and -- and they kind of put the pressure on -- on this

10   shoulder.

11   Q    Okay.  You're pointing to your left shoulder?

12   A    Yeah.

13   Q    So you're saying prior to the incident your

14   shoulder was a little -- you had a bum shoulder and --

15   and when you were cuffed up --

16   A    It was okay, you understand, but I mean years

17   before that.

18   Q    I understand.  I'm just trying to figure out, you

19   know, what happened.  So you're saying you had a --

20   kind of a bum shoulder and you got --

21   A    It wasn't bum bum, it was -- it was like -- you

22   know --

23   Q    I hear ya.  Little trick shoulder or something?

24   A    Yeah.  I mean, they grabbed my shoulder, slammed

25   me against the truck, the little --

Page 202

```
 1    Q    Okay.  Did you go to the doctor's about that?
 2    A    No.
 3    Q    How -- did you have a bruise?
 4    A    Ask my -- you have to ask my wife when you ask
 5    her.  I didn't see any bruise.
 6    Q    Okay.  Did you feel like you needed to take any
 7    medication?
 8    A    You know, I've had my bumps and bruises and I
 9    don't take medication.
10    Q    Okay.  So other than the shoulder, were you hurt
11    anywhere else?  Were you hurt anywhere else besides
12    your shoulder?
13    A    Not that I recall.
14    Q    Okay.  Let's do this now.  So you -- actually,
15    just a couple more on that.  You don't remember -- you
16    don't think that you walked towards the officer --
17    A    What's that?
18    Q    You don't think you walked towards any of the
19    officers in a threatening way?
20    A    No.  I mean, come on.  They've got the guns.
21    Q    You don't think that you had clenched fists as
22    you approached anyone?
23    A    No.
24    Q    Were you yelling when you got out of the truck?
25    A    I says, what happened?  I don't think I was
```